JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE ARTUKOVICH, | Case No. 8:21-CV-01743-MAA |
| Plaintiff, | **JUDGMENT** |
| v. | |
| KILOLO KIJAZAKI, Acting Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Decision and Order Reversing Decision of the Commissioner and Remanding for Further Administrative Proceedings filed herewith,

**IT IS HEREBY ADJUDGED** that the decision of the Commissioner of Social Security is reversed and that this matter is remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: September 19, 2022

_____
MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE