Troy D. Monge, Esq.
Law Offices of Martin Taller, APC
2300 E. Katella Ave, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
FACSIMILE (714) 385-8123
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Dominique Artukovich

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE ARTUKOVICH,<br><br>     Plaintiff,<br><br>     v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>     Defendant. | No. 8:21-cv-01743-MAA<br><br>**[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS** |

Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

IT IS ORDERED that the Commissioner shall pay attorney fees and expenses under the Equal Access To Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FIVE THOUSAND TWO HUNDRED DOLLARS and NO CENTS ($5,200.00), and costs under 28 U.S.C. § 1920, in the amount of ZERO DOLLARS AND NO CENTS ($0.00), subject to the terms of the above-referenced Stipulation.

Dated: 10/11/2022

/S/
_____
THE HONORABLE MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE